# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:    JOSEPH E. MCCALLION                                    Case Number ___99-20357-BKC-PGH___

     Harold B. Murphy  vs.  Joseph McCallion    Chapter __7__

                                          Adv. Case Number: **99-2140-BKC-PGH-A**

                                          County of Residence __**BROWARD**__

## - TRANSMITTAL OF RECORD TO DISTRICT COURT -

[ **X** ]    Appeal pursuant to 28 U.S.C. & 158. Notice of Appeal Filed on ___**12/13/99**___

[   ]    Request to Expedite Appeal attached.

[   ]    Related District Court Case # _____
            (Assigned to Motion filed pursuant to USDC 87.4 C or D)

### The Party or Parties Included in the Appeal to District Court:

APPELLANT(S): **Joseph E. McCallion**      ATTORNEY: **Kevin Gleason, P.A.**
                                            **2699  Stirling Rd., Suite A-201**
                                          **Ft. Lauderdale, FL 33312**
                                          **Phone: (954) 893-7670**

APPELLEE(S):  **Harold B. Murphy, Bankr. Trustee**  ATTORNEY: **Lloyd E. Swaim, Esq.**
                  **for Fayette Corporation**        **7880 W. Oakland Park Blvd., Suite** 202
                                          **Sunrise, FL 33308**
                                          **Phone: (954) 771-9251**

Title & Date of Order Appealed: **Opinion/Order Ruling On Amended Complaint.**
                                  **Order (11/30/99 Larry Lessen) Granting Amended Complaint.**
Entered on Docket Date: __**12/3/99**__           Docket No. **23, 24**

[ **X** ]  Designation in Appeal (See Attached)
[   ]  Designation in Cross Appeal (See Attached)
[ **X** ]  Copy of Docket
[   ]  Exhibits _____
[   ]  Transcript(s) of Hearing on _____
[   ]  Other _____

> Certified to be a true and
> correct copy of the original.
> Karen Eddy, Clerk
> U.S Bankruptcy Court
> So. Dist. of Fla.
> By _Micheline Aarons_
>               Deputy Clerk
> Dat: _2-1-00_

**KAREN EDDY, CLERK OF COURT**

Dated: ___**1/31/00**___                         By: **Micheline Aarons**
                                            Deputy Clerk, USBC
                                            Telephone No: **(954) 769-5700**

---

## - RULE 8007 ACKNOWLEDGMENT OF DOCKETING IN DISTRICT COURT -

**00-6158 CIV-GRAHAM** MAGISTRATE TURNOFF

DISTRICT COURT CASE NUMBER: _____

DATE OF DOCKETING: ___2 4 00___

                                          **CARLOS JUENKE**
                                          **Court Administrator/Clerk of Court**

                                          By: _Barbara Railback_
                                          Deputy Clerk, USDC
                                          Telephone No: _____

COPIES TO:
WHITE COPY - USDC
GREEN COPY - ATTORNEY FOR APPELLANT
CANARY COPY - ATTORNEY FOR APPELLEE
PINK COPY - RETURN TO USBC
GOLDENROD COPY - RETAINED BY USBC

CF-A2 (10/01/96)

U.S. Bankruptcy Court
Southern District of Florida (Browar**00-6158**

Adversary Proceeding #: 99-2140

Date filed: 4/26/99                         Date terminated: 12/13/99
Assigned to: Judge Paul G. Hyman, Jr.
Related Bankruptcy Case #: 99-20357
In Re: Joseph E. McCallion,                 **CIV-GRAHAM**
Demand: $0,000                              Nature of Suit:  426

                                                       **MAGISTRATE**
                                                         TURNOFF.

=========================        * Attorneys *

HAROLD B. MURPHY                 Lloyd E Swaim, Esq
c/o Lloyd E Swaim                Below Address Terminated on 1/1/99
7880 W Oakland Park Blvd #202    2929 E Commercial Blvd #700
Sunrise, FL 33351                Ft. Lauderdale, FL 33308
        * Plaintiff *            954-771-9251


   v.

JOSEPH E. MCCALLION              Kevin C Gleason, Esq
      * Defendant *              2699 Stirling Rd #A-201
                                 Ft. Lauderdale, FL 33312
                                 954-893-7670

Proceedings include events between 1/1/99 and 2/1/00.              CLOSED
99-2140        Harold B. Murphy v. Joseph E. McCallion              APPEAL

4/26/99  1       Complaint (99-2140) Harold B. Murphy vs. Joseph E.
                 McCallion. NOS 426 Dischargeability 523.   (fee pd) (bd)
                 [EOD 04/28/99] [99-2140]

4/26/99  2       Summons Issued on Joseph E. McCallion in 99-02140 Answer
                 due 5/21/99 for Joseph E. McCallion ;Pretrial Hearing
                 scheduled for 9:30 7/6/99 at Room 308, Ft. Lauderdale ;
                 Trial Hearing date to be set at Pretrial. (bd)
                 [EOD 04/28/99] [99-2140]

4/26/99  3       Order ( 4/26/99) Setting Filing/Disclosure Requirements for
                 Pretrial/Trial. Initial Disclosures of Witnesses and
                 Documents Shall Be Made At Least 30 Days Before the
                 Pretrial Date. Last day for filing is: 6/7/99.   (EOD
                 4/27/99) (bd) [EOD 04/28/99] [99-2140]

5/5/99   4       Summons Served  4/30/99 on Joseph E. McCallion. (ma)
                 [EOD 05/06/99] [99-2140]

5/7/99   5       Motion By  Defendant Joseph E. McCallion To Dismiss Case,
                 and For Sanctions Pursuant to Rule 9011 (ma) [EOD 05/10/99]
                 [99-2140]

5/12/99  6       Notice of Hearing by William C Stalions for Defendant
                 Joseph E. McCallion RE: [5-1] Motion To Dismiss Case by
                 Joseph E. McCallion Schd For 9:30 5/24/99 at Room 308, Ft.
                 Lauderdale, [5-2] Motion For Sanctions Pursuant to Rule
                 9011 by Joseph E. McCallion Schd For 9:30 5/24/99 at Room
                 308, Ft. Lauderdale (ma) [EOD 05/13/99] [99-2140]

5/27/99  7       Order (5/27/99) Granting Motion to Dismiss Case. (EOD
                 5/28/99) (ma) [EOD 05/28/99] [99-2140]

5/27/99  7       Order (5/27/99) For Sanctions Pursuant to Rule 9011.
                 Plaintiff Is Ordered to Pay the Sum of $400.00 to
                 Defendant's Counsel William C Stalions within 10 Days of
                 this Order. (EOD 5/28/99) (ma) [EOD 05/28/99]
                 [99-2140]

6/7/99   9       First Amended Adversary Complaint Re: [1-1] Complaint NOS
                 426 Dischargeability 523 (ma) [EOD 06/09/99]
                 [99-2140]

6/7/99   10      Motion By Plaintiff Harold B. Murphy in 99-02140  for
                 Rehearing Order [7-2] Granting Sanctions Pursuant to Rule
                 9011 (ma) [EOD 06/09/99] [99-2140]

6/8/99   8       Answer To Complaint by Defendant Joseph E. McCallion . (ma)
                 [EOD 06/09/99] [99-2140]

6/10/99  11      Exhibit One (1) Is Filed with the Original Complaint and
                 Incorporated by Reference and in Not Filed in Duplicate
                 with the First Amended Complaint. (ma) [EOD 06/11/99]
                 [99-2140]

Proceedings include events between 1/1/99 and 2/1/00.          CLOSED
99-2140          Harold B. Murphy v. Joseph E. McCallion          APPEAL


7/13/99   12      Order (7/13/99) of Dismissal for Failure to appear at the
                  Pretrial Conference scheduled 7/6/99 (eod 7/13/99) (ed)
                  [EOD 07/13/99] [99-2140]

7/15/99   --      Disposition of Adversary (99-2140) Dismissing [1-1]
                  Complaint NOS 426 Dischargeability 523 (ma) [EOD 07/15/99]
                  [99-2140]

7/15/99   --      Adversary Case (99-2140) Closed. (ma) [EOD 07/15/99]
                  [99-2140]

7/21/99   13      Notice of Absence from 8/11/99 through 8/17/99 by Lloyd E
                  Swaim for Plaintiff Harold B. Murphy (ma) [EOD 07/22/99]
                  [99-2140]

7/21/99   14      Motion By Plaintiff Harold B. Murphy for Rehearing and
                  Reconsideration of the [12-2] Order of Dismissal. (ma)
                  [EOD 07/22/99] [99-2140]

8/2/99    15      Order ( 8/2/99) Granting [14-1] Motion for Rehearing and
                  Reconsideration of the [12-2] Order of Dismissal by Harold
                  B. Murphy and Reopening Case. (EOD 8/4/99) (ma)
                  [EOD 08/05/99] [99-2140]

8/2/99    --      Case reopened. (ed) [EOD 08/31/99] [99-2140]

8/4/99    16      Motion By Attorney, Kevin C Gleason for Defendant Joseph E.
                  McCallion To Substitute For Attorney William C Stallions
                  PA . (ma) [EOD 08/12/99] [99-2140]

8/10/99   16      Order ( 8/10/99) Granting [16-1] Motion To Substitute For
                  Attorney William C Stallions PA by Kevin C Gleason Esq .
                  Involvement of Attorney William C Stalions for Joseph E.
                  McCallion Terminated. (EOD 8/12/99) (ma) [EOD 08/12/99]
                  [99-2140]

8/18/99   17      Certificate Of Service By Kevin C Gleason for Defendant
                  Joseph E. McCallion  Of [16-1] Motion (Stipulation) To
                  Substitute For Attorney William C Stallions PA by Kevin C
                  Gleason Esq, [16-1] Order Granting Substitution of Counsel.
                  . (sh) [EOD 08/19/99] [99-2140]

9/3/99    18      Order (9/1/99) Setting Trial before Visiting Judge Larry L
                  Lessen Re: [1-1] Complaint NOS 426 Dischargeability 523
                  Trial scheduled for 9:30 9/20/99 at Room 1409, Miami. (EOD
                  9/7/99) (ma) [EOD 09/07/99] [99-2140]

9/13/99   19      Notice of Filing Opening Statement and Exhibits Pursuant to
                  Court'Order By Plaintiff Harold B. Murphy (no attachment)
                  (ma) [EOD 09/17/99] [99-2140]

9/20/99   22      Exhibit Register by Plaintiff Harold B. Murphy (hrg
                  9/20/99) (ma) [EOD 11/05/99] [99-2140]

Proceedings include events between 1/1/99 and 2/1/00.                CLOSED
99-2140          Harold B. Murphy v. Joseph E. McCallion             APPEAL


9/22/99   20      Memorandum of Law By Defendant Joseph E. McCallion In
                  Opposition to [19-1] Filing Notice of Exhibits and Opening
                  Statements by Harold B. Murphy (not attached). (ed)
                  [EOD 09/24/99] [99-2140]

9/30/99   21      Memorandum of Law Regarding Collateral Estoppel By Lloyd E
                  Swaim for Plaintiff Harold B. Murphy. (mcl) [EOD 10/04/99]
                  [99-2140]

11/30/99  23      Opinion/Order (11/30/99) Ruling On [9-1] Amended Complaint
                  (eod 12/3/99) (ed) [EOD 12/03/99] [99-2140]

11/30/99  24      Order (11/30/99 Larry Lessen) Granting [9-1] Amended
                  Complaint.  The judgment entered by the Superior Court of
                  Suffolk County in favor of Harold B Murphy, Trustee against
                  James R. Rafferty is declared nondischargeable. (eod
                  12/3/99) (ed) [EOD 12/03/99] [99-2140]

12/13/99  --      Disposition of Adversary (99-2140) Granting [1-1] Complaint
                  NOS 426 Dischargeability 523 (ed) [EOD 12/13/99]
                  [99-2140]

12/13/99  --      Adversary Case (99-2140) Closed. (ed) [EOD 12/13/99]
                  [99-2140]

12/13/99  25      Notice Of Appeal By Joseph E. McCallion; Appeal Designation
                  Due: 12/23/99 RE: [23-1] Opinion/Order (11/30/99) Ruling on
                  [9-1] Amended Complaint,  and  [24-1] Order (11/30/99 Larry
                  Lessen) Granting [9-1] Amended Complaint. The Judgment
                  entered by the Superior Court of Suffolk County in favor or
                  Harold B Murphy, Trustee against James R. Rafferty is
                  declared nondischargeable. (fee pd $105.00) (ma)
                  [EOD 12/15/99] [99-2140]

12/15/99  26      Court's Certificate of Mailing  Re: [25-1] Notice Appeal
                  by Joseph E. McCallion . (ma) [EOD 12/15/99]
                  [99-2140]

12/23/99  27      Designation By Appellant Joseph E. McCallion Of Contents
                  For Inclusion In Record On Appeal Re: [25-1] Notice Appeal
                  by Joseph E. McCallion ;  Transmission Due: 1/24/00 (ed)
                  [EOD 12/28/99] [99-2140]

12/23/99  27      Statement by  Defendant Joseph E. McCallion  of Issues on
                  Appeal Re: [25-1] Notice Appeal  by Joseph E. McCallion .
                  (ed) [EOD 12/28/99] [99-2140]

1/4/00    28      No Transcript Required for this Appeal by Defendant Joseph
                  E. McCallion Re: [25-1] Notice Appeal by Joseph E.
                  McCallion (ma) [EOD 01/06/00] [99-2140]

Certified to be a true and
correct copy of the original.
Karen Eddy, Clerk
U.S. Bankruptcy Court
So. Dist. of Fla.
By Micheline Aaron  Deputy Clerk
Date 2-1-00