UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
JOSEPH E. MCCALLION,

    Debtor.
_____/

HAROLD B. MURPHY Bankruptcy Trustee
for Fayette Corporation,
    Plaintiff
v
JOSEPH MCCALLION,

    Defendant.
_____/

Case No. 99-20357-BKC-PGH
Chapter 7

Adv. No. 99-2140-BKC-PGH-A

**DESIGNATION OF ISSUES AND RECORD ON APPEAL**

### ISSUES

1. Does the record of the State Court support application of the doctrine of Collaterals Estoppel in finding an exception to discharge?

### RECORD

| Date | No. | Description |
|---|---|---|
| 12/13/99 | 25 | Notice Of Appeal By Joseph E. McCallion [EOD 12/15/99] |
| 11/30/99 | 24 | Order Granting Amended Complaint. [EOD 12/03/99] |
| 11/30/99 | 23 | Opinion/Order Ruling On Amended Complaint [EOD 12/03/99] |
| 09/20/99 | 22 | Exhibit Register by Plaintiff Harold B. Murphy |
| 09/30/99 | 21 | Memorandum of Law Regarding Collateral Estoppel for Plaintiff Harold B. Murphy |
| 09/22/99 | 20 | Memorandum of Law By Defendant Joseph E. McCallion |
| 09/13/99 | 19 | Notice of Filing Opening Statement and Exhibits By Plaintiff Harold B. Murphy (no attachment) |
| 06/10/99 | 11 | Exhibit One (1) Is Filed with the Original Complaint and Incorporated by Reference and in Not Filed in Duplicate with the First Amended Complaint. (ma) [EOD 06/11/99] |
| 06/07/99 | 9 | First Amended Adversary Complaint Re: [1-1] Complaint NOS 426 Dischargeability 523 (ma) [EOD 06/09/99] |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the



Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1, and that a copy of the foregoing will be served on the 27th day of December, 1999, via first class mail postage prepaid to Lloyd E. Swaim, Esq., 7880 W. Oakland Park Blvd., Suite 202, Sunrise, FL 33308.

Respectfully submitted,
**KEVIN GLEASON, P.A.**
2699 Stirling Road, Suite A-201
Fort Lauderdale, FL 33312
Attorneys for Debtor
(954) 893-7670

By: _____
Kevin Gleason, Esq.
Florida Bar No. 369500

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE