UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6158-CIV-GRAHAM

In re: JOSEPH E. MCCALLION,

      Debtor.

_____/

HAROLD B. MURPHY,
Bankruptcy Trustee for Fayette
Corporation,

    Plaintiff,

vs.

JOSEPH MCCALLION,

    Defendant.

_____/

FILED by _____ D.C.

NOV 0 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court _sua_ _sponte_.

On February 1, 2000, Defendant Joseph McCallion filed a Notice of Appeal in this action.  The appeal was entered in the docket on February 4, 2000.  Pursuant to FRBP 8009, the Appellant was required to file and serve a brief within fifteen (15) days after entry of the appeal on the docket.  As of the date of this Order, Appellant has failed to timely file an initial brief in this action.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Appellant file a response with the Court no later than three (3) days from the date of this Order, to show cause why this appeal from the Bankruptcy Court should not be dismissed for failure to prosecute.  It is further



**ORDERED AND ADJUDGED** that counsel for the Appellant is responsible for serving a copy of this order upon the Appellee.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _8 th_ day of November, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Lloyd E. Swaim, Esq.
     Kevin C. Gleason, Esq.