UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6158-CIV-GRAHAM



In Re: JOSEPH E. MCCALLION,

    Debtor.
_____/

HAROLD B. MURPHY,
Bankruptcy Trustee for Fayette
Corporation,

    Plaintiff,

vs.

JOSEPH MCCALLION,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court <u>sua sponte</u>.

On February 1, 2000, Defendant Joseph McCallion filed a Notice of Appeal in this action. The appeal was entered in the docket on February 4, 2000. Pursuant to FRBP 8009, the Appellant was required to file and serve a brief within fifteen (15) days after entry of the appeal on the docket. Appellant failed to timely file an initial brief in this action, therefore the Court entered an Order directing Plaintiff on or before November 13, 2000 to show good cause for failing to file and serve an initial brief within fifteen (15) days after entry of the appeal on the docket pursuant



to FRBP 8009.

As of the date of this Order, Plaintiff has failed to respond to the Order to Show Good Cause or to file an initial brief in this action. Since the Court has no way of determining the issues to be addressed in this appeal, it is hereby

**ORDERED AND ADJUDGED** that this Cause is DISMISSED. It is further

**ORDERED AND ADJUDGED** that this case is CLOSED for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Lloyd E. Swaim, Esq.
    Kevin G. Gleason, Esq.